UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                Plaintiff,

                                    <u>DECISION AND ORDER</u>

                                    07-CR-6208L

                v.

ALBERT DONALD,

                Defendant.
_____

      Defendant's motion for issuance of a subpoena *duces tecum*, filed February 8, 2009 (Dkt. #59) has been submitted. I am not certain as to whether this is a request for a trial subpoena or whether it relates to pretrial matters.

      In any event, I request the Government to respond to the request on or before March 9, 2009. I would encourage the Government and defense counsel to work toward a voluntary production of relevant documents.

      IT IS SO ORDERED.

                                            _____
                                            DAVID G. LARIMER
                                         United States District Judge

Dated: Rochester, New York
       February 23, 2009.