UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                Plaintiff,

                                                                                   SCHEDULING ORDER

                                                                                   07-CR-6208L
                v.                                                              11-CV-6265L

ALBERT DONALD,

                Defendant.
_____

      Defendant Albert Donald ("Donald") filed a motion to vacate under 28 U.S.C. § 2255 on May 17, 2011. The Government did respond to the motion but, thereafter, on January 13, 2012 (Dkt. #137), defendant moved to amend the motion.

      I grant the defendant's motion to amend and direct the Government to respond, just to the items contained in the motion to amend, on or before September 10, 2012.

      IT IS SO ORDERED.

                                                      _____
                                                        DAVID G. LARIMER
                                                  United States District Judge

Dated: Rochester, New York
       July 30, 2012.